Fridolin Pabst, appellee, v. R. M. Eddy Foundry Company, appellant. Gen. No. 35,936.

Opinion filed October 4, 1932. Rehearing denied October 15, 1932.

Castle, Williams, Long & McCarthy, for appellant; Emmett J. McCarthy and Robert R. Hanley, of counsel. Herman Waldman, for appellee; Maurice Washer, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

River Forest Country Club, appellant, v. Frank G. Hinman, appellee. Gen. No. 35,945.

Opinion filed October 4, 1932.

Ward & Kreitzer, for appellant; Harry K. Ward, of counsel. Kirkland, Fleming, Green & Martin, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Russell Firebaugh, trustee, appellee, v. Lillian H. Braude et al., defendants, on appeal of Frederick B. Keller and Edith H. Keller, appellants. Gen. No. 35,453.

Opinion filed October 4, 1932.

Samuel Wodika, for appellants. J. S. Dudley, for appellee; Wm. Sherman Stahl, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

E. M. Gattle & Company, appellee, v. James Stanley Joyce, appellant. Gen. No. 35,724.

Opinion filed October 4, 1932. Rehearing denied October 15, 1932.

Brundage, Landon & Holt, for appellant; Robert N. Holt and George Landon, of counsel. Blum & Jacobson, for appellee; Henry S. Blum, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.